DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
19 AUGUST 2014

| 200P14 | State v. Francis Marius Hogan, Jr. | 1. Def's Motion for Temporary Stay (COA13-1284) | 1. Allowed **06/17/2014** Dissolved **08/19/2014** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's NOA Based Upon a Constitutional Question | 3. Dismissed *Ex Mero Motu* |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| 201P14 | Sheriff of Bertie Along with Office of Sheriff of Bertie, Delegates of Sheriff of Bertie Involved, Sheriff of Bertie as Respondent Superior, Sheriff Mr. John Holley in capacity, Sheriff Mr. John Holley as Individual Surety Bond Insurer(s) Continental National American Group CNA as Surety Bond (Malfactors) v. Defendant Echols (Claimant) | 1. Claimant's *Pro Se* Motion for NOA (COA14-343) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Claimant's *Pro Se* Motion for PDR | 2. Denied |
| 203A14 | State v. Tony Linwood Martin, Jr. | 1. State's Motion for Temporary Stay (COA13-956) | 1. Allowed **06/19/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **07/17/2014** |
| | | 3. State's NOA Based Upon a Dissent | 3. — |
| 204A14 | State v. Howard Junior Edgerton | 1. State's Motion for Temporary Stay (COA13-1235) | 1. Allowed **06/20/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed **07/22/2014** |
| | | 3. NOA Based Upon a Dissent | 3. — |
| 205P14 | State v. Jermaine Deprie Glover | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1141) | Denied |